UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 09732
   ALLEN DOUG HIATT
   GINA M HIATT                           CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-4905    SSN XXX-XX-3257
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/10/06 and confirmed on 10/06/06.

2. The case was converted to Chapter 7 after confirmation, 09/17/2007.

3. The Debtor paid a total of $ 22200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | 14853.86 | .00 | 14853.86 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 5000.00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | SECURED | 5026.23 | .00 | 5026.23 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 1500.00 | .00 | .00 |
| FREMONT INVESTMENT & LOA | CURRENT MORTG | .00 | .00 | .00 |
| FREMONT INVESTMENT & LOA | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | 20160.23 | .00 | 1317.92 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 804.84 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS GROVE SANITARY | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 527.45 | .00 | .00 |
| IC SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 956.07 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 37168.85 | .00 | .00 |
| SOUTHWEST CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 350.54 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 74.65 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED      46540.32            .00      39882.40           .00      86422.72
PRINCIPAL PAID          21198.01            .00            .00          .00      21198.01
INTEREST PAID                .00            .00            .00          .00            .00
TOTAL PAID              21198.01            .00            .00          .00      21198.01
```
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3000.00
and was paid $    500.00   direct and $        .00   through the plan.

The Trustee received $    1001.99 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/20/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE